UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| JAMES REED HARRIS, | |
| Petitioner, | Civil Action No. 08-CV-32-KKC |
| v. | |
| HECTOR A. RIOS, JR., | **JUDGMENT** |
| Respondent. | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Petition filed pursuant to 28 U.S.C. § 2241 by James Reed Harris against Respondent Hector A. Rios, Jr. [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

2. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 26th day of May, 2009.



**Signed By:**
*Karen K. Caldwell* KKC
**United States District Judge**